## Second Department, February, 1940.
### (February 5, 1940.)

John Francis Burns, an Infant, by Frank Burns, His Guardian ad Litem, Respondent, and Frank Burns, Plaintiff, v. Brooklyn Union Gas Company, Defendant, and The City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

Sue Byron, Appellant, v. St. George Swimming Club, Inc., and Salvatore Carrera, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

Canrock Realty Corporation, Respondent, v. Vim Electric Co., Inc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ. [See *post*, p. 1067.]

Chase Watch Corp., Appellant, v. Irving Heins, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 968.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Rehabilitation of Home Title Insurance Company. In the Matter of a Plan for the Readjustment, Modification or Reorganization of the Rights of All of the Holders of Investments in a Certain Mortgage Covering Premises Known as 1270 East 19th Street, Borough of Brooklyn, County of Kings, City and State of New York, Guaranteed by Home Title Insurance Company and Designated as Loan No. 22879 of that Company. Frederick L. Cranford, Trustee, and Others, Respondents; Del Ritz Holding Company, Inc., Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Application of Clara Tanenbaum for a Construction of the Last Will and Testament of Moses Tanenbaum, Late of the County of Westchester, Deceased; for a Decree Establishing Her Dower Right in Certain Real Property of the Said Decedent; for the Establishment of a Certain Trust Created in Said Will for Her Benefit, and for Other Relief. Clara Tanenbaum, Appellant; Clara P. Prince and Others, as Executors and Trustees, etc., of Moses Tanenbaum, Deceased, The Fifth Avenue Bank of New York, as Trustee, etc., of Moses Tanenbaum, Deceased, Samuel A. Tanenbaum and Others, Respondents. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Application of the Brooklyn Bar Asssociation in Respect of Harry Wishnew, an Attorney and Counselor at Law, Respondent.— Motion granted to the extent of suspending the enforcement of the order of disbarment until April 1, 1940, to permit respondent to dispose of matters now pending in his office. In the interim, however, respondent is ordered not to engage in any new matters, nor to appear in court as an attorney. Order of disbarment resettled accordingly. [See *ante*, p. 966.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.